**Order entered April 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00253-CV

### PAMELA D. TURNER, Appellant

### V.

### AMERICAN HOMES 4 RENT PROPERTIES TWO LLC, A DELAWARE LIMITED LIABILITY COMPANY, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-07075-C**

## ORDER

The Court has been notified that a petition for bankruptcy has been filed in the United States Bankruptcy Court concerning appellant Pamela D. Turner. Pursuant to 11 U.S.C. § 362, further action in this cause is automatically stayed. *See* TEX. R. APP. P. 8.2

Accordingly, for administrative purposes, this case is **ABATED** and will be treated as a closed case. It may be reinstated on prompt motion by any party showing that the stay has been lifted and specifying what further action, if any, is required from this Court. *See* TEX. R. APP. P. 8.3

      /s/  CAROLYN WRIGHT
          CHIEF JUSTICE